IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DEBORAH GRAHAM, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:08cv627 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on August 27, 2009 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 17, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, this matter is **REMANDED** pursuant to Sentence Six of 42 U.S.C. § 405(g) for consideration of the materials from Lakeside Behavioral Health.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Chief Judge Susan J. Dlott
United States District Court